United States Courts
Southern District of Texas
FILED

JUL 14 2020

David J. Bradley
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NUMBER: |
| JAHZIEL TREVINO-CANTU | § | |

INDICTMENT  C-20- 886

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about June 14, 2020, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JAHZIEL TREVINO-CANTU,

did knowingly and in reckless disregard of the fact that Gilberto Garcia-Romero, was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

COUNT TWO

On or about June 14, 2020, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JAHZIEL TREVINO-CANTU,

did knowingly and in reckless disregard of the fact that Juan Pablo Romero-Diaz, was an alien

who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
YIFEI ZHENG
Assistant United States Attorney